Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **EDUARDO RAMOS,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A., WELLS FARGO FINANCIAL NEVADA, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 2:15-cv-00278-RFB-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO FINANCIAL NEVADA, INC.** |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff EDUARDO RAMOS ("Plaintiff"), and **WELLS FARGO FINANCIAL NEVADA, INC.** ("Wells Fargo"), having reached settlement, stipulate to dismiss **Wells Fargo** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Wells Fargo. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 2, 2015

| KAZEROUNI LAW GROUP | SNELL & WILMER |
|---|---|
| /s/ Danny J. Horen | /s/ Karl Riley (w/ permission) |
| Danny Horen, Esq. | Karl Riley, Esq. |
| 7854 W. Sahara Avenue | 3883 Howard Hughes Parkway |
| Las Vegas, NV 89117 | Ste. 1100 |
| 800-400-6808 | Las Vegas, NV 89169 |
| Email: danny@kazlg.com | 702.784.5209 |
| Attorney for Plaintiff | Email: kriley@swlaw.com |
| | Attorney for Wells Fargo |

IT IS SO ORDERED:

Wells Fargo Financial Nevada, Inc. is dismissed from the instant matter, with Prejudice.

Dated: November 9, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge