Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Eduardo Ramos*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO RAMOS,<br><br>                    Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., WELLS FARGO FINANCIAL NEVADA, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No: 2:15-cv-00278-RFB-GWF<br><br>**FIRST STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.** |

# STATUS REPORT

The dispute between Plaintiff EDUARDO RAMOS ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged and executed copies of an approved settlement agreement and settlement funds have been dispersed. The Parties will stipulate to dismiss with prejudice Defendant within 30 days. Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court set a deadline on or after February 15, 2016 for Plaintiff to dismiss Defendant.

DATED this 15th day of January 2016.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATE: January 17, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 15, 2016, the foregoing FIRST STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117