Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Eduardo Ramos*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO RAMOS,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., WELLS FARGO FINANCIAL NEVADA, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No:2:15-cv-00278-RFB-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.** |

# STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eduardo Ramos and Defendant Bank of America, N.A. stipulate to dismiss with prejudice the claims against Defendant Bank of America, N.A. only in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 18th day of January 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**AKERMAN LLP**

By: /s/ Mathew I Knepper
Mathew I Knepper, Esq.
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
Fax: 702-380-8572
Email: matthew.knepper@akerman.com
*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATE:  January 21, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 18, 2016, the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117